UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREAT AMERICAN RISK SOLUTIONS           :     Case No.:  25-cv-00439-MAD-DJS
SURPLUS LINES INSURANCE COMPANY,        :
                                        :
                     Plaintiff,         :
                                        :
     -against-                          :           SO-ORDERED
                                        :     STIPULATION OF DISMISSAL
GREG BEECHE LOGISTICS, LLC and GREG     :     WITHOUT PREJUDICE
LOGISTICS, LLC,                         :
                                        :
                     Defendants.        :
-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is dismissed without prejudice, without costs to either party as against the other.

WHITEMAN OSTERMAN &                     L'ABBATE, BALKAN, COLAVITA
HANNA LLP                               & CONTINI,  L.L.P.


By:_____            By:_____
Justin A. Heller                        Maureen E. O'Connor
Attorneys for Defendants                Attorneys for Plaintiff
80 State Street, 11th Floor             3 Huntington Quadrangle, Suite 102-S
Albany, New York 12207                  Melville, NY 11747
(518) 487-7600                          (516) 837-7432
jheller@woh.com                         moconnor@lbcclaw.com



SO ORDERED this 17 day of August , 2025:


_____
HON. MAE A. D'AGOSTINO
United States District Judge